# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | )    4:07CR- 105-01 JLH |
| | ) |
| vs. | )    18 U.S.C. § 2434 (a) |
| | )    18 U.S.C. § 2423 (b) |
| | ) |
| STEVEN D. MITCHELL | |

## ORDER

At a hearing on pre-trial motions on October 1, 2007, the defendant orally presented a Motion to Dismiss the indictment on double jeopardy grounds. Defendant contended that the indictment is multiplicitous because it charges more than one Count for each out-of-state trip.

The Court denied the motion as untimely because the Court's pre-trial order requires that motions be filed fourteen days before trial.

_____
The Honorable J. Leon Holmes

DATE: _October 4, 2007_

1