**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

v. No. 4:07CR00105 JLH

STEVEN D. MITCHELL

**<u>JUDGMENT</u>**

On the 4th day of February, 2008, this case came before the Court for trial by jury. The government was represented by Assistant United States Attorneys Patrick C. Harris and Marsha W. Clevenger. Steven D. Mitchell appeared in person and with his attorney, Timothy O. Dudley. The parties announced ready for trial. A jury of twelve was duly selected and sworn.

At the conclusion of the evidence, pursuant to Rule 29 of the Federal Rules of Criminal Procedure, the Court granted Steven D. Mitchell's motion for judgment of acquittal on Counts 1, 3, 4, and 5. The jury returned a unanimous verdict of not guilty on Count 2. Judgment of acquittal is therefore entered on all counts. The superseding indictment is hereby dismissed with prejudice.

IT IS SO ORDERED this 8th day of February, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE